IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CHARLES FORMAN, Chapter 7 Trustee for the estate of National Service Industries, Inc. <br><br> Plaintiff, <br><br> v. <br><br> ASBESTOS CORPORATION LIMITED by and through its court appointed receiver Peter D. Protopapas, <br><br> Defendant. | C/A No. 3:24-cv-7284-SAL <br><br><br> **JOINT STATUS REPORT** |

Plaintiff Charles Forman, in his capacity as Chapter 7 Trustee for the estate of National Service Industries, Inc. (the "Trustee" or ("NSI")) and proposed intervenors Certain Underwriters at Lloyds's London and Certain London market insurance companies[1] (collectively, "CLMI") submit this joint status report to the Court as ordered (ECF No. 58).[2]

CLMI removed this action to this Court on December 13, 2024. ECF No. 3. On May 6, 2025, a proceeding under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36 ("CCAA") was filed on behalf of Asbestos Corporation Limited ("ACL") in the Québec Superior Court of Justice (Commercial List) (the "Canadian Court"). On May 7, 2025, the Canadian Court entered a Rectified Initial Order granting certain interim relief, including a stay of proceedings

---

[1] Certain London market insurance companies consist of: The Scottish Lion Insurance Company Ltd.; Tenecom Ltd. (as successor to Winterthur Swiss Insurance Company formerly known as Accident & Casualty Insurance Company of Winterthur, Switzerland), Yasuda Fire and Marine Insurance Company (UK) Limited and now known as Tenecom Ltd; The Ocean Marine Insurance Company Limited (as successor to liabilities of Commercial Union Assurance Company Limited, The Edinburgh Assurance Company, The Indemnity Marine Assurance Company Limited, The Northern Assurance Company Limited, The Road Transport & General Insurance Company Limited, United Scottish Insurance Company Limited and The Victoria Insurance Company Limited); and NRG Victory Reinsurance Limited as successor to liabilities of New London Reinsurance Company Limited.

[2] A copy of this joint status report has been provided to Mr. Protopapas who has authorized the undersigned to convey that he has no objection.

1

favor of ACL, CLMI and others, which the Canadian Court confirmed in its May 15, 2025 Order to Stay Proceedings (see Ex. A to ECF No. 57, at 1). By order dated July 30, 2025, that stay was further extended until September 5, 2025.

On May 6, 2025, the United States Bankruptcy Court for the Southern District of New York entered a temporary restraining order enjoining any further litigation against ACL, CLMI and others, and on May 20, 2025, that court entered a Provisional Relief Order extending that relief. See ECF No. 57. A recognition hearing under Chapter 15 of the Bankruptcy Code is set for September 16, 2025 in the United States Bankruptcy Court for the Southern District of New York.

Respectfully submitted,

August 21, 2025

s/ Theile B. McVey
Theile B. McVey (SC Bar No. 16682)
tmcvey@kassellaw.com

Jamie D. Rutkoski (SC Bar No. 103270)
jrutkoski@kassellaw.com
John D. Kassel (SC Bar No. 3286)
jkassel@kassellaw.com
**KASSEL MCVEY ATTORNEYS AT LAW**
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202-1476
803-256-4242
803-256-1952 (Facsimile)
Other email: emoultrie@kassellaw.com

**DEAN OMAR BRANHAM SHIRLEY, LLP**
Trey Branham
Jessica Dean
Lisa Shirley

**WYCHE, PA**
Matthew Richardson
Eric Amstutz

2

Brian Critzer

**WALLACE & GRAHAM**
Bill Graham

**RICHARDSON THOMAS**
Terry Richardson
Amy Hill
Will Lewis

*Attorneys for Plaintiff Charles Forman, in his capacity as Chapter 7 Trustee for the estate of National Service Industries, Inc.*


s/ Theodore L. Manos
Theodore L. Manos
TLM@roblaw.net
Paul R. Rahn
**ROBERTSON HOLLINGSWORTH MANOS AND RAHN LLC**
40 Calhoun Street
Suite 330
Charleston, SC 29401
843-723-6470

**SIMPSON THACHER & BARTLETT LLP**
Alan Turner
Joshua Polster

**DAVID CHRISTIAN ATTORNEYS LLC**
David Clayton Christian, II

**CLYDE AND CO LLP**
Patrick Florian Hofer

*Attorneys for proposed intervenors Certain Underwriters at Lloyds's London and Certain London market insurance companies*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Instrument filed via electronic filing on ECF for the District of South Carolina per the Federal Rules of Civil Procedure, on August 21, 2025, thereby serving to all Defendants' counsel in the above-captioned case.

                                            s/ Theodore L. Manos
                                            Theodore L. Manos
                                            *Attorney for proposed intervenors*