IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHARLES FORMAN, Chapter 7 Trustee for the Estate of National Services Industries, Inc., <br><br>    Plaintiff, <br><br>v. <br><br>ASBESTOS CORPORATION LIMITED, by and through its court-appointed receiver Peter D. Protopapas, <br><br>    Defendant. | Case No. 3:24-cv-7284-SAL <br><br>Removed from: <br>Court of Common Pleas <br>Fifth Judicial Circuit <br>Case No. 2024CP4006713 <br><br>Related to: <br>*In re National Services Industries, Inc.* <br>Case No. 12-12057 <br>Hon. Mary F. Walrath |

**THIRD AMENDED NOTICE OF STAY ORDER PURSUANT TO SECTIONS 105(a), 1519 AND 362 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on October 30, 2025, the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") entered an Order (i) Recognizing the CCAA Proceeding of Asbestos Corporation Limited as a Foreign Main Proceeding and (ii) Granting Related Relief (the "Recognition Order," attached hereto as Exhibit A) that extends the stay of all litigation against Asbestos Corporation Limited ("ACL") and certain other Stay Parties defined in the Recognition Order. The Recognition Order stays and restrains all persons and entities from commencing or continuing any action, or proceeding against ACL and CLMI, including RMI.

[Signature block on following page]

1

Respectfully submitted,

ROBERTSON HOLLINGSWORTH MANOS & RAHN, LLC

By: *s/Theodore L. Manos*
Theodore L. Manos, Esq., Federal ID No.: 7023
40 Calhoun Street, Suite 330
Charleston, SC 29401
(843) 723-6470
(843) 853-9045
TLM@roblaw.net

*Attorney for Certain London Market Insurers*

November 3, 2025

Charleston, South Carolina

2